UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **Cr. No. 05-164-01-JD** |
| ) | |
| **Edward Baroody** ) | |

**FINAL ORDER OF FORFEITURE**

This Court entered a Preliminary Order of Forfeiture on January 12, 2008, ordering defendant Edward Baroody to forfeit $300,000 as a substitute *res* for all of the defendant's interest in the following properties:

(a) Land and Buildings Located at 4 Meetinghouse Terrace, Bedford, New Hampshire;

(b) Land and Buildings Located at 1015 Elm Street, Manchester, New Hampshire

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to $300,000 as a substitute *res* for all of the defendant's interest in the following properties:

(a) Land and Buildings Located at 4 Meetinghouse Terrace, Bedford, New Hampshire;

(b) Land and Buildings Located at 1015 Elm Street, Manchester, New Hampshire

is hereby condemned, forfeited and vested to the United States of America pursuant to 21 U.S.C. § 853(a), free of the claims and interests of any other person or entity and from which amounts the United States Immigration and Customs Enforcement shall deduct its costs related to this proceeding.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the property described

-1-

-2-

above shall be disposed of by the United States immigration and Customs Enforcement in accordance with the applicable law and regulations.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck and a copy to all counsel of record.

Dated: March 14, 2008          /s/ Joseph A. DiClerico, Jr.

United States District Judge